1  Susan Koehler Sullivan  (State Bar No. 156418)
   *susan.sullivan@clydeco.us*
2  Brett C. Safford  (State Bar No. 292048)
   *brett.safford@clydeco.us*
3  CLYDE & CO US LLP
   355 S. Grand Avenue, Suite 1400
4  Los Angeles, CA  90071
   Telephone:     (213) 358-7600
5  Facsimile:     (213) 358-7650

6  Attorneys for Defendant
   ILLINOIS UNION INSURANCE COMPANY

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  VISION SERVICE PLAN, a California Not-         Case No.
    For-Profit Corporation,
12                                                 [Removed from Sacramento County Superior
                                                   Court Case No. 34-2022-00316963]
13              Plaintiff,

14        v.                                       **CERTIFICATION AND NOTICE OF
                                                   INTERESTED PARTIES**
15

16  ILLINOIS UNION INSURANCE                       **[F.R.C.P. 7.1]**
    COMPANY; and DOES 1 through 50,
17  inclusive,                                     Final Status Conference:    Not Set
                                                   Trial Date:                 Not Set
18                                                 Action Filed:               03/17/2022
                Defendants.
19

20

21        TO THE HONORABLE UNITED STATES DISTRICT COURT, TO ALL PARTIES,

22  AND TO THEIR ATTORNEYS OF RECORD:

23        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for

24  Defendant ILLINOIS UNION INSURANCE COMPANY certifies that the following listed parties

25  may have a pecuniary interest in the outcome of this case. These representations are made to

26  enable the Court to evaluate possible disqualification or recusal.

27        1.    Defendant Illinois Union Insurance Company is an indirect, wholly owned

28  subsidiary of Chubb Limited, a publicly traded company.

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA  90071
Telephone: (213) 358-7600

6648041.1
                                    -1-
              CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1    2.    Chubb Limited is traded on the New York Stock Exchange under the ticker CB

2  (NYSE: CB). No other company owns 10% or more Chubb Limited stock.

3

4

5  DATED:  May 2, 2022                    CLYDE & CO US LLP

6

7

                                      By:   /s/ *Susan Koehler Sullivan*
8                                          Susan Koehler Sullivan
                                           Brett C. Safford
9                                          Attorneys for Defendant
                                           ILLINOIS UNION INSURANCE COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA  90071
Telephone: (213) 358-7600

6648041.1
                                           -2-