CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION SERVICE PLAN, a California Not-For-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00743-KJM-DB<br><br>[Removed from Sacramento County Superior Court Case No. 34-2022-00316963]<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER ON STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND REQUESTING APPEARANCES VIA VIDEOCONFERENCE**<br><br>Complaint served: April 4, 2022<br>Current response date: May 9, 2022<br>New response date: May 18, 2022<br><br>Status (Pretrial Scheduling)<br>  Conference: 9/08/2022<br>Trial Date: Not Set<br>Action Filed: 03/17/2022 |

6681256.1

-1-

**ORDER**

Having considered the Stipulation of Plaintiff Vision Service Plan and Defendant Illinois Union Insurance Company to Stipulation Setting Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's Complaint and good cause having been shown, **IT IS HEREBY ORDERED**:

The briefing schedule for Defendant's Motion to Dismiss Plaintiff's Complaint is as follows:

    Motion:       May 18, 2022

    Opposition:   June 8, 2022

    Reply:        June 24, 2022

    Hearing:     July 8, 2022, at 10:00 am by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no later than the day before the hearing

**IT IS SO ORDERED.**

DATED:  May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

6681256.1

-2-