## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**VISION SERVICE PLAN,**

CASE NO: **2:22–CV–00743–KJM–DB**

v.

**ILLINOIS UNION INSURANCE COMPANY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/28/22**

**Keith Holland**
Clerk of Court

ENTERED: **October 28, 2022**

by: /s/ A. Benson
Deputy Clerk